# UNITED STATES DISTRICT COURT
### Eastern District of Texas
### Sherman Division

| | | |
|---|---|---|
| George Kenneth Schopp, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CA No.: 4:20-cv-868-ALM |
| | § | |
| v. | § | |
| | § | Class Action |
| Quick Capital Funding, LLC, | § | Jury Demanded |
| | § | |
| Defendant. | § | |

---

## Declaration of Chris R. Miltenberger

---

1. My name is Chris R. Miltenberger.  I am lead counsel for Plaintiff, George Kenneth Schopp ("**Plaintiff**"), and I am familiar with the file, records, and pleadings in this matter.

2. I have personal knowledge of the facts contained herein, all of which are true and correct.

3. This lawsuit was filed on November 6, 2020.

4. ECF No. 4 demonstrates that Defendant Quick Capital Funding, LLC ("**Quick Capital**") was served with a copy of Plaintiff's Original Complaint in this cause through its Registered Agent on November 30, 2020 (*see* Exhibit A hereto).

More than twenty-four days have elapsed since the date of service of process, and Quick Capital has failed to answer, challenge or otherwise defend as required by Federal Rule of Civil Procedure 12(a)(1)(A).

5.      Plaintiff requests that the Clerk of Court enter default against Defendant Quick Capital Funding, LLC.

6.      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

7.      Executed on January 21, 2021.

DocuSigned by:

*Chris Miltenberger*

2D8CD59D2BAF40C...

Chris R. Miltenberger
Attorney for Plaintiff

# EXHIBIT A

DocuSign Envelope ID: 69EB9ECE-3060-4DB3-ACE1-DD7BBFEBB502
1/21/2021                                    California Secretary of State - Business Programs | California Secretary of State

Case 4:20-cv-00868-ALM   Document 5-1   Filed 01/21/21   Page 4 of 6 PageID #:  37

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, January 20, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201419510377   QUICK CAPITAL FUNDING LLC

| | |
|---|---|
| **Registration Date:** | 07/09/2014 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **INCORP SERVICES, INC. (C2294569)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 19800 MACARTHUR BLVD SUITE 300-117 IRVINE CA 92612 |
| **Entity Mailing Address:** | 19800 MACARTHUR BLVD SUITE 300-117 IRVINE CA 92612 |
| **LLC Management** | One Manager |

🛒 **Certificate of Status**

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of July.

| Document Type ⇅ | File Date ⇵ | PDF |
|---|---|---|
| SI-NO CHANGE | 07/01/2020 | |
| SI-COMPLETE | 08/02/2016 | |
| REGISTRATION | 07/09/2014 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

DocuSign Envelope ID: 69EB9FCE-8069-4DB3-ACF1-DD78BFEBB502

A0825214

| | |
|---|---|
| **Secretary of State** | **1505** |

**Registered Corporate Agent for Service of Process Certificate**
(Registered Corporations ONLY)

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee –  $30.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**Who Can File?** Any **active** corporation that is registered with the California Secretary of State can file this Form 1505 to become *authorized to be a corporate agent for service of process for other* business entities that are registered with the Secretary of State. To check the status of your corporation, and to ensure you are entering the **exact** name of the corporation and the **correct** 7-digit Secretary of State file number, go to *BusinessSearch.sos.ca.gov*.

**FILED**
Secretary of State
State of California

MAR - 7 2019

| PC    **This Space For Office Use Only**

---

**1.    Corporate Name**    (Enter the exact name of the corporation as it is recorded with the California Secretary of State.)

InCorp Services, Inc.

---

**2.    7-Digit Secretary of State File Number**

C2294569

---

**3.    Address for Service of Process**

(Enter the **complete** street address in California of the office where any entity that named your corporation as agent for service of process may be served with process.)
**Do not enter a P.O. Box or "in care of" an individual or entity.**

| Street Address - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 5716 Corsa Ave Suite 110 | Westlake Village | **CA** | 91362-7354 |

---

**4.    Authorized Employees**    (Enter the names of all persons employed by your corporation who are authorized to accept delivery of any copy of service of process, at the address entered in Item 3 above, on any entity who has designated your corporation as its agent for service of process. **Must enter at least 1 person. If there are more than 3, see Instructions.**)

| a. First Name of Authorized Employee | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Steven | | Pickett | |
| b. First Name of Authorized Employee | Middle Name | Last Name | Suffix |
| Chris | | Duque | |
| c. First Name of Authorized Employee | Middle Name | Last Name | Suffix |
| Jourdan | | Cerrillo | |

---

**5.    Statement of Consent** (Do not alter the Statement of Consent.)

This corporation consents that delivery of a copy of service of process to an authorized employee at the address designated in item 3 shall constitute delivery of any such copy to the corporation, as the agent for service of process.

---

**6.    Read and Sign Below**    **(See Instructions.** Office or title not required. Do not use a computer generated signature.)

I am a corporate officer and am authorized to sign on behalf of the corporation.

| Signature | Isabel Burgos |
|---|---|
| | Type or Print Name |

---