UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**

JAN 2 7 2021



| | | |
|---|---|---|
| George Kenneth Schopp, | § § § | |
| Plaintiff, | § § § § § § § § § § | CA No.: 4:20-cv-868-ALM |
| v. | | |
| Quick Capital Funding, LLC, | | Class Action<br>Jury Demanded |
| Defendant. | | |

### CLERK'S ENTRY OF DEFAULT AGAINST QUICK CAPITAL FUNDING, LLC

In the above stated action, Defendant, Quick Capital Funding, LLC ("Quick Capital"), has failed to plead or otherwise defend after being properly served with a summons and copy of the complaint. Therefore, on request of the Plaintiff, George Kenneth Schopp, and in accordance with Federal Rule of Civil Procedure 55(a), a Clerk's Entry of Default is hereby entered against Quick Capital.

1/27/2021
Date

Becca Ferrill, Deputy Clerk