# EXHIBIT A

# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Sherman Division

| | |
|---|---|
| George Kenneth Schopp, | § |
| Plaintiff, | § § § |
| | § CA No.: 4:20-cv-868-ALM |
| v. | § § |
| | § Class Action |
| Quick Capital Funding, LLC, | § Jury Demanded |
| | § |
| Defendant. | § § |

## Declaration of Chris R. Miltenberger in Support of Plaintiff's Motion for Default Judgment

1. My name is Chris R. Miltenberger. I am lead counsel for Plaintiff, George Kenneth Schopp ("**Plaintiff**"), and I am familiar with the file, records, and pleadings in this matter. I have personal knowledge of the facts contained herein, all of which are true and correct.

2. Despite proper service on Defendant Quick Capital Funding, LLC ("**Defendant**")(Dkt. #4), Defendant has failed to answer Plaintiff's Complaint or otherwise defendant in this matter. A default has been entered by the Clerk (Dkt. #8).

3. Pursuant to the Telephone Consumer Protection Act ("**TCPA**"), Plaintiff is entitled to statutory damages of up to $1,500 for each willful violation of Section 227(b)(1)(A)(iii) and $1,500 for each willful violation of Section 227(c).

4. Defendant's failure to answer the instant Complaint constitutes an acquiescence to the merits of the Complaint and that Plaintiff has prevailed herein.

5. The amount of the statutory damages sought herein is the amount of $48,000, representing statutory damages for 16 willful violations of Section 227(b)(1)(A)(iii) of the TCPA and $1,500 for 16 willful violations of Section 227(c) of the TCPA.

| Number of Calls | Statute Violated | Statutory Damages per Call for Willful Violation | Total Damages |
|---|---|---|---|
| 16 | § 227(b)(1)(A)(iii) | $1,500 | $24,000 |
| 16 | § 227(c) | $1,500 | $24,000 |
| **Total Statutory Damages** | | | **$48,000** |

6. Plaintiff also seeks costs in the amount of $503.00 ($400 filing fee and $103 for serving Defendant).

7. The total sum-certain judgment sought by Plaintiff is $48,503.

8. The Defendant in this matter is a limited liability company. Thus, by definition it is not a current member of the military or an infant or incompetent person. *See* 50 U.S.C. App. § 521(b)(1); Fed.R.Civ.P. 55(b)(2).

9. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

10. Executed on 2/3/2021 .

*Chris Miltenberger*
2D8CD59D2BAF40C...

Chris R. Miltenberger
Attorney for Plaintiff