# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Sherman Division

| | | |
|---|---|---|
| George Kenneth Schopp, | § § | |
| Plaintiff, | § § | CA No.: 4:20-cv-868-ALM |
| v. | § § § | Class Action |
| Quick Capital Funding, LLC, | § § § | Jury Demanded |
| Defendant. | § § | |

### [Proposed] Order
_____

In the above stated action, Defendant, Quick Capital Funding, LLC ("Quick Capital"), has failed to appear, plead or otherwise defend after being properly served with a summons and copy of the complaint. Therefore, on request of the Plaintiff, George Kenneth Schopp, and in accordance with Federal Rule of Civil Procedure 55(b), this Court hereby enters a Default Judgment against Quick Capital in the amount of $48,503.00.